TH:SMS
F. #2023R00059

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

EDWIN SPEARS, and
LEONARDO PETROSILLO,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>COMPLAINT & AFFIDAVIT
IN SUPPORT OF AN
APPLICATION FOR AN
ARREST WARRANT</u>

(21 U.S.C. § 846)

No. 23-MJ-1049

EASTERN DISTRICT OF NEW YORK, SS:

      STEVEN OLEWNICK, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      On or about November 16, 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants EDWIN SPEARS and LEONARDO PETROSILLO, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute controlled substances, which offense involved a substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a substance containing a detectable amount of marijuana, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1).

      (Title 21, United States Code, Section 846)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 2018. In that capacity, I have investigated numerous federal crimes, including the illegal distribution of narcotics. In the course of those investigations, I have conducted or participated in surveillance, debriefings of informants, and reviews of electronically stored information. Through that experience and my training and education, I have become familiar with some of the ways in which drugs are trafficked and distributed. I have also participated in the execution of various search warrants, including for premises searches and electronic evidence. I am familiar with the facts and circumstances set forth below from my participation in this investigation; my interviews with witnesses; my review of evidence; and reports of other law enforcement officers involved in the investigation.

2. On or about November 16, 2023, at or around 2:30 p.m., United States Customs and Border Protection ("CBP") conducted a border inspection of a private airplane (the "Subject Plane") scheduled for an international departure out of Teterboro Airport in New Jersey to Liverpool John Lennon Airport in England.

3. SPEARS, PETROSILLO, SPEARS's girlfriend, and two additional passengers ("Individual-1" and "Individual-2") were listed as the only passengers on the Subject Plane's manifest and were aboard the Subject Plane at the time of the inspection.

4. During the border inspection, CBP identified suspected narcotics within luggage on the Subject Plane, including approximately 12.6 kilograms of suspected cocaine in a

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

small luggage bag, approximately 513 lbs. of suspected marijuana in approximately twelve large luggage bags, and approximately 1,000 cartridges of suspected tetrahydrocannabinol ("THC") in a cardboard box. Field testing indicated that the substances were cocaine, marijuana, and THC, respectively. CBP reports indicate that SPEARS claimed ownership over the suspected narcotics.

5. After CBP uncovered the narcotics, SPEARS, PETROSILLO, Individual-1 and Individual-2 were placed under arrest by officers of the Port Authority of New York and New Jersey Police Department. During a search incident to arrest, PETROSILLO was found to be in possession of three fraudulent New Jersey drivers' licenses and two fraudulent social security cards.

6. Law enforcement agents subsequently collected surveillance camera footage related to the events described above, including footage from outside of a hotel ("Hotel-1") in the vicinity of Teterboro Airport. The footage appears to show that at or around 4:00 a.m. on November 16, 2023, SPEARS and PETROSILLO arrived at Hotel-1 in two separate vehicles (the "SPEARS Vehicle" and the "PETROSILLO Vehicle"). In the footage, PETROSILLO appears to transport two luggage carts out from Hotel-1 to the SPEARS Vehicle and the PETROSILLO Vehicle. The footage then appears to show SPEARS and PETROSILLO each transporting large pieces of luggage on the two luggage carts into Hotel-1. The large pieces of luggage are consistent with the luggage in which CBP subsequently discovered the marijuana described above. In addition, the footage appears to show PETROSILLO removing a cardboard box from the PETROSILLO Vehicle and then subsequently placing the cardboard box back into the PETROSILLO Vehicle. The cardboard box appears to be consistent with the cardboard box in which CBP later discovered the THC described above.

7. Law enforcement agents also collected surveillance camera footage from the parking lot outside of the terminal at which the Subject Plane was located. The footage appears to show that before the CBP inspection on November 16, 2023, at or around 1:35 p.m., three vehicles arrived at the terminal carrying individuals who appeared to be SPEARS, SPEARS's girlfriend and PETROSILLO. Law enforcement agents were able to determine the license plates for two of the three vehicles and were subsequently able to determine that one of the vehicles ("Vehicle-1") was registered to an individual ("Driver-1") residing in the Eastern District of New York who used Vehicle-1 in his job as a driver for various car service dispatch companies. Further investigation revealed that at or around the evening of November 15, 2023, Driver-1—while residing in the Eastern District of New York—received a booking to drive an individual from Hotel-1 to Teterboro Airport the following day. Thereafter, in accordance with the booking, on or about November 16, 2023, Driver-1 drove Vehicle-1 from the Eastern District of New York through the Southern District of New York to Hotel-1, and thereafter drove to Teterboro Airport, arriving at or around 1:35 p.m. as described above.

WHEREFORE, your deponent respectfully requests that arrest warrants be issued so that the defendants, EDWIN SPEARS and LEONARDO PETROSILLO, may be dealt with according to law.

/s/ Steven Olewnick
STEVEN OLEWNICK
Special Agent
Federal Bureau of Investigation

Sworn to before me telephonically this 24th day of November, 2023

THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>EDWIN SPEARS, and<br>LEONARDO PETROSILLO,<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 23-MJ-1049 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Edwin Spears,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 (conspiracy to distribute and posseses with intent to distribute controlled substances)

Date: 11/24/2023

_Issuing officer's signature_

City and state: Brooklyn, New York

Hon. Peggy Kuo, United States Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Edwin Spears
Known aliases:
Last known residence: 66 North Ninth Street, Apt. 15, Newark, NJ 07107
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth: New Jersey
Date of birth: 04/17/1974
Social Security number:
Height: 5' 10"   Weight: 165
Sex: M   Race: Black
Hair: Black   Eyes: Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 354975RA5
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EDWIN SPEARS, and | ) | Case No. 23-MJ-1049 |
| LEONARDO PETROSILLO, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Leonardo Petrosillo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 (conspiracy to distribute and posseses with intent to distribute controlled substances)

Date: 11/24/2023

*Issuing officer's signature*

City and state: Brooklyn, New York

Hon. Peggy Kuo, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Leonardo Petrosillo
Known aliases:
Last known residence: 645 Otter Hole, West Milford, New Jersey 07480
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 02/04/1978
Social Security number:
Height: 5' 08"    Weight: 200
Sex: M            Race: White
Hair: Black       Eyes: Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 860794E
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: